JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN A. NEVAREZ,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>JEFFREY A. BEARD,<br>CALIFORNIA DEPARTMENT<br>OF CORRECTIONS AND<br>REHABILITATION,<br><br>　　　　Respondent. | Case No. CV 13-06848-MMM (DTB)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: March 31, 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1